JOSEPH W. MCGARR, as Executor of KATHLEEN M. MOONEY, Deceased, Appellant, v THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA et al., Defendants, and JAMES DOWNING, Respondent.

Submitted July 14, 2008; decided September 11, 2008

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

GARY MELIUS et al., Appellants, v WILBUR F. BRESLIN et al., Respondents, et al., Defendants.

Submitted August 11, 2008; decided September 11, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 10 NY3d 715 (2008)].

TOWN OF NASSAU, Respondent, v STEPHEN O. NALLEY, Doing Business as IMPACT AUTO, Appellant.

Submitted July 21, 2008; decided September 11, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.